# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**REGINALD ADAMS**                                                                **PLAINTIFF**

**v.**        **CAUSE NO.: 1:07CV225-SA-JAD**

**CITY OF BALDWYN, MISSISSIPPI**                         **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendant, the City of Baldwyn, Mississippi, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 11th day of December, 2007.

                                                                /s/ Sharion Aycock
                                                      UNITED STATES DISTRICT JUDGE